

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Rowena Hui

**Plaintiff,**

V.

Social Security Administration

**Defendant.**

Civil Action No. 17-cv-00776-CAB-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It is hereby Ordered that defendant's motion to dismiss [Doc. No. 2] is Granted. It is further Ordered that the case is Dismissed Without Prejudice. It is SO ORDERED

Date: 6/12/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy